UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HONGYI YU et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06cv00951-RCL |
| ) | Judge Royce C. Lamberth |
| INPHONIC, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Ugo Colella hereby enters his appearance as counsel in this case for Defendant InPhonic, Inc.

Dated: June 12, 2006              /s/_____
       Washington, D.C.           Ugo Colella
                                  D.C. Bar No. 473348
                                  PATTON BOGGS LLP
                                  2550 M Street, N.W.
                                  Washington, D.C. 20037
                                  Phone: (202) 457-5693
                                  Fax:   (202) 457-6315

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that on June 12, 2006, a true and correct copy of the foregoing Notice of Appearance was served by first-class mail upon:

Steven N. Berk
Jonathan W. Cuneo
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, NE
Washington, DC 20002

Knoll Lowney
**SMITH & LOWNEY**
2317 E. John Street
Seattle, WA 98112

Kevin P. Roddy
Jennifer Sarnelli
**WILENTZ, GOLDMAN & SPITZER**
90 Woodbridge Center Drive
    Suite 900
Woodbridge, NJ 07095

/s/ _____
Ugo Colella