UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

HONGYI YU et al.,                )
                                 )
        Plaintiff,               )
                                 )
v.                               )       Case No. 1:06cv00951-RCL
                                 )       Judge Royce C. Lamberth
INPHONIC, INC.,                  )
                                 )
        Defendant.               )
_____  )

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Mitchell R. Berger hereby enters his appearance as lead counsel in this case for Defendant InPhonic, Inc.

Dated: June 12, 2006                    /s/_____
       Washington, D.C.                 Mitchell R. Berger
                                        D.C. Bar No. 385467
                                        PATTON BOGGS LLP
                                        2550 M Street, N.W.
                                        Washington, D.C. 20037
                                        Phone: (202) 457-5601
                                        Fax:   (202) 457-6315

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that on June 12, 2006, a true and correct copy of the foregoing Notice of Appearance was served by first-class mail upon:

Steven N. Berk
Jonathan W. Cuneo
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, NE
Washington, DC 20002

Knoll Lowney
**SMITH & LOWNEY**
2317 E. John Street
Seattle, WA 98112

Kevin P. Roddy
Jennifer Sarnelli
**WILENTZ, GOLDMAN & SPITZER**
90 Woodbridge Center Drive
　　Suite 900
Woodbridge, NJ 07095

/s/ _____
Ugo Colella