UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HONGYI YU, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>INPHONIC, INC., )<br>)<br>Defendant. )<br> ) | Case No. 1:06-cv-00951-RCL |

**DEFENDANT'S DISCLOSURE OF CORPORATE**
**AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia: I, the undersigned, counsel of record for InPhonic, Inc., certify that to the best of my knowledge and belief, InPhonic, Inc. has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

                                                          _____
Mitchell R. Berger (DC Bar # 385467)
Christopher W. Hellmich (DC Bar # 468840)
Ugo Colella (DC Bar # 473348)
**PATTON BOGGS LLP**
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (292) 457-6315
*Attorneys for Defendant InPhonic, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, a copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that on June 12, 2006, a true and correct copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests was served by first-class mail upon:

Steven N. Berk
Jonathan W. Cuneo
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, NE
Washington, DC 20002

Knoll Lowney
**SMITH & LOWNEY**
2317 E. John Street
Seattle, WA 98112

Kevin P. Roddy
Jennifer Sarnelli
**WILENTZ, GOLDMAN & SPITZER**
90 Woodbridge Center Drive
　　Suite 900
Woodbridge, NJ 07095

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　Ugo Colella