UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWIN DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INPHONIC, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)  Case No. 1:06cv00528-ESH<br>)<br>)<br>)<br>) |
| HONGYI YU, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INPHONIC, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)  Case No. 1:06-cv-00951-RCL<br>)<br>)<br>)<br>) |

## DEFENDANT'S NOTIFICATION OF RELATED CASES

Pursuant to Local Civil Rule 40.5(b)(3), defendant InPhonic, Inc. ("InPhonic"), by undersigned counsel, notifies the Court that the above-captioned civil cases are "related."[1] By rule:

> Civil, including miscellaneous, cases are deemed related when the earliest is still pending on the merits in the District Court and they . . . (ii) involve common issues of fact, or (iii) grow out of the same event or transaction . . . .

LCvR 40.5(a)(3). Both cases involve common issues of alleged fact relating to rebates offered by InPhonic and, because they purport to be class actions, both cases at least purport to grow out of a

---

[1] This notification is not a responsive pleading or other response to the complaint(s) under Fed. R. Civ. P. 12. In submitting this notice, as required by the Court's Local Rules, InPhonic thus does not intend to waive any defenses or other rights with respect to the complaints in the above-captioned actions.

common set of sales transactions and related events involving InPhonic and members of the overlapping putative plaintiff class(es).

---

Mitchell R. Berger (DC Bar # 385467)
Christopher W. Hellmich (DC Bar # 468840)
Ugo Colella (DC Bar # 473348)
**PATTON BOGGS LLP**
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (292) 457-6315
*Attorneys for Defendant InPhonic, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, a copy of the foregoing Notice of Related Cases was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that on June 12, 2006, a true and correct copy of the foregoing Notice of Related Cases was served by first-class mail upon:

John A. Peca
Keith T. Vernon
John R. Climaco
Joseph P. Fegen
P. Wesley Lambert
**CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.**
888 16th Street, NW, Suite 800
Washington, DC 20006

David P. Meyer
Patrick G. Warner
**DAVID P. MEYER & ASSOCIATES CO., LPA**
401 N. Front Street, Suite 350
Columbus, OH 43215

Steven N. Berk
Jonathan W. Cuneo
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, NE
Washington, DC 20002

Knoll Lowney
**SMITH & LOWNEY**
2317 E. John Street
Seattle, WA 98112

Kevin P. Roddy
Jennifer Sarnelli
**WILENTZ, GOLDMAN & SPITZER**
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095

_____/s/_____
Ugo Colella