IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HONGYI YU et al.,                )
                                 )
        Plaintiffs,              )
                                 )   Case No. 1:06CV00951-RCL
v.                               )
                                 )   Judge Royce C. Lamberth
                                 )
INPHONIC INC.                    )
                                 )
        Defendant.               )

NOTICE OF FILING OF WAIVER OF SERVICE OF SUMMONS

To the Clerk of this Court and all parties of record:

Plaintiffs hereby file the defendant's Waiver of Service of Summons.

Dated: June 16, 2006                /s/
       Washington, D.C.             Jonathan W. Cuneo (DC Bar 939 389)
                                    Steven N. Berk (DC Bar 432870)
                                    Alexandra Coler
                                    Cuneo Gilbert & LaDuca, LLP
                                    507 C Street, NE
                                    Washington, DC 20002
                                    Phone (202) 789-3960
                                    Fax (202) 789-1813

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HONGYI YU et al., )
    Plaintiffs, )
v. )
                                               ) Case No. 1:06CV00951-RCL
INPHONIC INC. )
    Defendant. ) Judge Royce C. Lamberth
                                              )
                                              )
                                              )

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 16, 2006, a copy of the foregoing Notice of Filing of Waiver of Service of Summons was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    I further certify that on June 16, 2006, a true and correct copy of the foregoing Notice of Filing of Waiver of Service of Summons was served by first class mail upon:

Knoll Lowney
Smith & Lowney
2317 E. John Street
Seattle, WA 98112

Kevin P. Roddy
Jennifer Sarnelli
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900
Woodbridge, NJ 07095

Mitchell R. Berger
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037

Dated: June 16, 2006                /s/_____
       Washington, D.C.            Steven N. Berk