UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HONGYI YU et al.,                )
                                 )
      Plaintiffs,                )
                                 )
v.                               )
                                 )   Case No. 06-00951
INPHONIC, INC.,                  )   Judge Royce C. Lamberth
                                 )
      Defendant.                 )
_____  )

**NOTICE OF FILING**

PLEASE TAKE NOTICE that, on June 26, 2006, Defendant InPhonic, Inc. filed the following attached pleadings with the Judicial Panel on Multidistrict Litigation: Motion for Transfer and Consolidation of Related Cases Pursuant to 28 U.S.C. § 1407; Memorandum of Law in Support of Motion for Transfer and Consolidation Pursuant to 28 U.S.C. § 1407 by Defendant InPhonic, Inc.; and Reasons Why Oral Argument Need Not Be Heard.

Dated: June 26, 2006            Respectfully submitted,
       Washington, D.C.

                                /s/_____
                                Mitchell R. Berger (DC Bar # 385467)
                                Christopher W. Hellmich (DC Bar # 468840)
                                Ugo Colella (DC Bar # 473348)
                                **PATTON BOGGS LLP**
                                2550 M Street, NW
                                Washington, DC 20037
                                Telephone: (202) 457-6000
                                Facsimile: (292) 457-6315

                                *Attorneys for Defendant
                                InPhonic, Inc.*