2006 JUN 26 P 3:37
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE INPHONIC, INC.  )
CONSUMER LITIGATION  )         MDL No. _____
                     )
                     )

**MOTION FOR TRANSFER AND CONSOLIDATION
OF RELATED CASES PURSUANT TO 28 U.S.C. § 1407**

Four putative nationwide class actions have been filed against InPhonic, Inc. ("InPhonic") in three different federal district courts alleging that consumers have been harmed by InPhonic's offers and processing of rebates on wireless phones purchased through InPhonic websites (the "InPhonic Actions"). InPhonic hereby respectfully moves the Judicial Panel on Multidistrict Litigation ("JPML") for an order: (1) transferring these factually similar, virtually identical actions to a single federal district court; (2) consolidating them for pretrial proceedings; and (3) designating Judge Ellen Segal Huvelle of the United States District Court for the District of Columbia as the transferee judge pursuant to 28 U.S.C. §1407.

Transfer and consolidation will serve the convenience of the parties and witnesses, and will promote the just and efficient conduct of the InPhonic Actions. As set forth more fully in the accompanying memorandum:

1. To date, four putative class actions—each challenging InPhonic's offers and processing of wireless phone rebates—have been filed in three different federal district courts. As

required by 28 U.S.C. § 1407(a), the cases proposed for transfer and consolidation "involv[e] one or more common questions of fact" and present similar legal theories that should be adjudicated by a single judge. Specifically, each of the InPhonic Actions: (1) share similar factual allegations and liability theories relating to InPhonic's wireless phone rebate program; and, (2) purports to be a class action that requires a determination of whether the actions are suitable for class treatment. The Panel has repeatedly held that substantially similar class actions (as here) are appropriate for transfer and consolidation pursuant to Section 1407.

    2. Transfer and consolidation "will be for the convenience of parties and witnesses and will promote the just and efficient conduct of the actions." 28 U.S.C. § 1407(a). Specifically, transfer and consolidation will: (a) eliminate the duplicative discovery necessarily entailed by such similar cases; (b) prevent conflicting pretrial rulings (especially as to class certification); (c) conserve judicial resources and reduce the costs of litigation for the parties involved by obviating the need for multiple judges in multiple districts to consider virtually identical motions regarding virtually identical issues; and (d) allow the cases to proceed in a more efficient, organized manner by facilitating a more unified discovery plan than the parties could likely manage by voluntary agreement.

    3. Judge Ellen Segal Huvelle of the United States District Court for the District of Columbia is well suited to preside over these cases as the transferee judge. InPhonic maintains its corporate headquarters in the District of Columbia, and maintains offices in the Washington, D.C. metropolitan area. The District of Columbia is geographically accessible to the parties and witnesses, and a substantial portion of the documentary evidence and several witnesses are located within or near the District of Columbia. Moreover, Judge Huvelle already presides over *Davis v. InPhonic, Inc.*, the first-filed putative class action relating to wireless phone rebates offered by InPhonic, and the *Davis* complaint contains the broadest purported class definition. Finally, similar

2

allegations have been made against InPhonic in a lawsuit brought by the District of Columbia Attorney General in the local court system in Washington, D.C., and consolidating the InPhonic Actions in Washington will provide the best opportunity for coordination between the presiding federal and local court judges.

WHEREFORE, InPhonic respectfully requests that the JPML issue an order: (1) transferring the cases listed in the Schedule of Actions (Exhibit 2 to the accompanying memorandum of law) to a single federal district court; (2) consolidating them for pretrial proceedings; and (3) designating Judge Ellen Segal Huvelle of the United States District Court for the District of Columbia as the transferee judge pursuant to 28 U.S.C. §1407.

Dated: June 26, 2006
   Washington, D.C.

Mitchell R. Berger
Christopher W. Hellmich
Ugo Colella
**PATTON BOGGS LLP**
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (292) 457-6315
*Attorneys for Defendant*
*InPhonic, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2006, a copy of the foregoing Motion for Transfer and Consolidation of Related Cases Pursuant to 28 U.S.C. § 1407 ("Motion") was filed electronically in each district court in which the cases proposed for transfer and consolidation are now pending, pursuant to J.P.M.L. Rules 5.12(c) and 5.2(b). Notice of this filing will be sent to all parties by operation of those courts' electronic filing systems. Parties may access this filing through those courts' systems.

I further certify that on June 26, 2006, a copy of the foregoing Motion was served pursuant to J.P.M.L. Rules 5.12(c) and 5.2(b), by first-class mail upon:

John A. Peca
Keith T. Vernon
John R. Climaco
Joseph P. Fegen
P. Wesley Lambert
**CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.**
888 16th Street, NW, Suite 800
Washington, DC 20006
*Attorneys for Plaintiff Edwin Davis*

David P. Meyer
Patrick G. Warner
**DAVID P. MEYER & ASSOCIATES CO., LPA**
401 N. Front Street, Suite 350
Columbus, OH 43215
*Attorneys for Plaintiff Edwin Davis*

Steven N. Berk
Jonathan W. Cuneo
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, NE
Washington, DC 20002
*Attorneys for Plaintiffs Hongyi Yu and Barbara McGivney*

Knoll Lowney
**SMITH & LOWNEY**
2317 E. John Street
Seattle, WA 98112
*Attorney for Plaintiffs Hongyi Yu and Barbara McGivney*

Kevin P. Roddy
Jennifer Sarnelli
**WILENTZ, GOLDMAN & SPITZER**
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
    *Attorneys for Plaintiffs Hongyi Yu and Barbara McGivney*

William F. Mahoney
Steven A. Hart
Scott W. Henry
Scott J. Vold
**SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.**
One IBM Plaza, Suite 200
330 N. Wabash Ave.
Chicago, IL 60611
    *Attorneys for Plaintiff Ryan Sutherland*

Barry R. Eichen
**EICHEN LEVINSON & CRUTCHLOW, LLP**
40 Ethel Road
Edison, NJ 08817
    *Attorney for Plaintiff Paul Rock*

_____
Ugo Colella