BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE INPHONIC, INC. CONSUMER LITIGATION | ) ) ) ) | MDL No. _____ |

### REASONS WHY ORAL ARGUMENT NEED NOT BE HEARD

InPhonic, Inc. ("InPhonic") respectfully suggests that oral argument need not be heard to adjudicate the issues raised in InPhonic's Motion for Transfer and Consolidation Pursuant to 28 U.S.C. § 1407 ("MDL Motion"). As demonstrated in InPhonic's accompanying Memorandum of Law, Panel precedent uniformly supports MDL transfer and consolidation of the four putative nationwide class actions filed against InPhonic.

Dated: June 26, 2006
      Washington, D.C.

_____
Mitchell R. Berger
Christopher W. Hellmich
Ugo Colella
**PATTON BOGGS LLP**
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (292) 457-6315

*Attorneys for Defendant*
*InPhonic, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2006, a copy of the foregoing Reasons Why Oral Argument Need Not Be Heard was filed electronically in each district court in which the cases proposed for transfer and consolidation are now pending, pursuant to J.P.M.L. Rules 5.12(c) and 5.2(b). Notice of this filing will be sent to all parties by operation of those courts' electronic filing systems. Parties may access this filing through those courts' systems.

I further certify that on June 26, 2006, a copy of the foregoing Reasons Why Oral Argument Need Not Be Heard was served pursuant to J.P.M.L. Rules 5.12(c) and 5.2(b), by first-class mail upon:


John A. Peca
Keith T. Vernon
John R. Climaco
Joseph P. Fegen
P. Wesley Lambert
**CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.**
888 16th Street, NW, Suite 800
Washington, DC 20006
*Attorneys for Plaintiff Edwin Davis*

David P. Meyer
Patrick G. Warner
**DAVID P. MEYER & ASSOCIATES CO., LPA**
401 N. Front Street, Suite 350
Columbus, OH 43215
*Attorneys for Plaintiff Edwin Davis*

Steven N. Berk
Jonathan W. Cuneo
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, NE
Washington, DC 20002
*Attorneys for Plaintiffs Hongyi Yu and Barbara McGivney*

Knoll Lowney
**SMITH & LOWNEY**
2317 E. John Street
Seattle, WA 98112

*Attorney for Plaintiffs Hongyi Yu and Barbara McGivney*

Kevin P. Roddy
Jennifer Sarnelli
**WILENTZ, GOLDMAN & SPITZER**
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
    *Attorneys for Plaintiffs Hongyi Yu and Barbara McGivney*

William F. Mahoney
Steven A. Hart
Scott W. Henry
Scott J. Vold
**SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.**
One IBM Plaza, Suite 200
330 N. Wabash Ave.
Chicago, IL 60611
    *Attorneys for Plaintiff Ryan Sutherland*

Barry R. Eichen
**EICHEN LEVINSON & CRUTCHLOW, LLP**
40 Ethel Road
Edison, NJ 08817
    *Attorney for Plaintiff Paul Rock*

_____
Ugo Colella