UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HONGYI YU, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>INPHONIC, INC.,<br><br>    Defendant. | Case No. 1:06-cv-00951-ESH<br>Judge Ellen Segal Huvelle |

## ORDER

This Court has before it Defendant InPhonic, Inc.'s Motion for Enlargement of Time to Set Uniform Response Dates Pending a Ruling by the Judicial Panel on Multidistrict Litigation. IT IS HEREBY ORDERED that the motion is GRANTED, and that:

(1) the date by which InPhonic must answer, move, or otherwise respond to Plaintiffs' complaint until 20 days after the JPML issues its ruling on InPhonic's pending motion for transfer and consolidation;

(b) the date by which Plaintiffs must move for class certification until further order of the Court following the JPML ruling; and

(c) the date by which the parties must conduct a Rule 26(f) discovery conference, and make Rule 26 initial disclosures, until further order of the Court following the JPML ruling.

DATED: _____

_____
Ellen Segal Huvelle
UNITED STATES DISTRICT JUDGE