## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2006, a copy of the foregoing Motion to Set Uniform Pre-Trial Dates Pending a Ruling by the Judicial Panel on Multidistrict Litigation, and accompanying Order, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that on July 12, 2006, a true and correct copy of the foregoing Motion to Set Uniform Pre-Trial Dates Pending a Ruling by the Judicial Panel on Multidistrict Litigation, and accompanying Order, was served by e-mail and by first-class mail upon:

Steven N. Berk                           stevenb@cuneolaw.com
Jonathan W. Cuneo                        jonc@cuneolaw.com
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
    *Attorneys for Plaintiffs Hongyi Yu*
    *and Barbara McGivney*

Knoll Lowney                             knoll@igc.org
SMITH & LOWNEY
2317 E. John Street
Seattle, WA 98112
    *Attorney for Plaintiffs Hongyi Yu*
    *and Barbara McGivney*

Kevin P. Roddy                           kroddy@wilentz.com
Jennifer Sarnelli                        jsarnelli@wilentz.com
WILENTZ, GOLDMAN & SPITZER
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
    *Attorneys for Plaintiffs Hongyi Yu*
    *and Barbara McGivney*

    /s/_____
    Ugo Colella