## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2006, a copy of the foregoing Motion to Set Uniform Pre-Trial Dates Pending a Ruling by the Judicial Panel on Multidistrict Litigation, and accompanying Order, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that on July 12, 2006, a true and correct copy of the foregoing Motion to Set Uniform Pre-Trial Dates Pending a Ruling by the Judicial Panel on Multidistrict Litigation, and accompanying Order, was served by e-mail and by first-class mail upon:

Steven N. Berk
Jonathan W. Cuneo
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, NE
Washington, DC 20002
    *Attorneys for Plaintiffs Hongyi Yu*
    *and Barbara McGivney*

stevenb@cuneolaw.com
jonc@cuneolaw.com

Knoll Lowney
**SMITH & LOWNEY**
2317 E. John Street
Seattle, WA 98112
    *Attorney for Plaintiffs Hongyi Yu*
    *and Barbara McGivney*

knoll@igc.org

Kevin P. Roddy
Jennifer Sarnelli
**WILENTZ, GOLDMAN & SPITZER**
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
    *Attorneys for Plaintiffs Hongyi Yu*
    *and Barbara McGivney*

kroddy@wilentz.com
jsarnelli@wilentz.com

/s/ _____

Ugo Colella