UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWIN DAVIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INPHONIC, INC., )<br>)<br>Defendant. )<br>_____) | Case No. 1:06cv00528-ESH |
| HONGYI YU, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>INPHONIC, INC., )<br>)<br>Defendant. )<br>_____) | Case No. 1:06cv00951-ESH |

**JOINT RESPONSE OF PLAINTIFFS DAVIS, YU AND MCGIVNEY TO DEFENDANT INPHONIC, INC.'S MOTION TO SET UNIFORM PRE-TRIAL DATES PENDING A RULING BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Plaintiffs Edwin Davis, Hongyi Yu and Barbara McGivney (together, "Plaintiffs"), by and through their counsel, hereby file their Joint Response to Defendant Inphonic, Inc.'s ("Defendant" or "Inphonic") Motion to Set Uniform Pre-Trial Dates Pending a Ruling by the Judicial Panel on Multidistrict Litigation. This response is joined by the plaintiff or plaintiffs in <u>Davis v. Inphonic, Inc.</u>, Case No. 1:06-CV-00528 (D. D.C.) and <u>Yu, et al., v. Inphonic, Inc.</u>, Case No. 1:06-CV-00951 (D. D.C).

For the reasons set forth in the accompanying brief, Plaintiffs respectfully request that the Court deny Defendant's motion and allow this case to proceed through the time

that the Judicial Panel on Multidistrict Litigation issues its ruling on Inphonic's pending motion for transfer and consolidation.

DATED: July 24, 2006

By:   Steven N. Berk
      One of the Plaintiff's Attorneys

John A. Peca
Keith T. Vernon
John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox
& Garofoli, L.P.A.
888 16th Street, NW, Suite 800
Washington, DC 20006

Counsel for Edwin Davis

David P. Meyer
Patrick G. Warner
David P. Meyer & Associates Co., L.P.A.
401 N Front Street, Suite 350
Columbus, OH 43215

Counsel for Edwin Davis

Kevin Roddy
Wilentz Goldman & Spitzer, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Telephone: (732) 636-8000
Facsimile: (732) 726-6686

Counsel for Hongyi Yu and Barbara McGivney

Steven N. Berk
Jonathan W. Cuneo
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002

Counsel for Hongyi Yu and Barbara McGivney

Knoll Lowney
Smith & Lowney

2317 E. John Street
Seattle, WA 98112

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWIN DAVIS, <br><br>Plaintiff, <br><br>v. <br><br>INPHONIC, INC., <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:06cv00528-ESH |
| HONGYI YU, et al., <br><br>Plaintiffs, <br><br>v. <br><br>INPHONIC, INC., <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:06cv00951-ESH |

**ORDER**

Upon consideration of Defendant's Motion for Enlargement of Time to Set Uniform Response Dates Pending a Ruling by the Judicial Panel on Multidistrict Litigation, and Plaintiffs' response thereto, IT IS HEREBY ORDERED AND DECREED that the motion is DENIED.

Dated: _____

_____
Ellen Segal Huvelle
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWIN DAVIS, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:06cv00528-ESH |
| INPHONIC, INC., ) | |
| Defendant. ) | |
| HONGYI YU, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 1:06cv00951-ESH |
| INPHONIC, INC., ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2006, a copy of the foregoing Response to Defendant Inphonic, Inc.'s Motion to Set Uniform Pre-Trial Dates Pending a Ruling by the Judicial Panel on Multidistrict Litigation, and brief in support thereof, were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mitchell R. Berger, Esquire
Ugo A. Colella, Esqure
Christopher William Hellmich, Esquire
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037

Dated: July 26, 2006         _/s/__ Steven Berk_____
       Washington, D.C.             Steven N. Berk